In the Matter of ADOLPH BUCHLER CATERER, INC. CITY OF NEW YORK, Appellant; WILLIAM LAMKAY, Respondent.

Argued January 10, 1939; decided February 21, 1939.

*William C. Chanler, Corporation Counsel (Paxton Blair, Sol Charles Levine* and *Bernard H. Sherris* of counsel), for appellant.

*Saul S. Brin* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.